*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

### DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 18-BG-505**

IN RE JAY B. ZUCKER

A Member of the Bar of the
District of Columbia Court of Appeals          DDN: 273-17

Bar Registration No. 494819

BEFORE:  Glickman, Thompson, and Beckwith, Associate Judges.

### O R D E R
(FILED – August 2, 2018)

On consideration of the certified order from the state of New York suspending respondent from the practice of law for a period of six months and until further order of that court; this court's May 24, 2018, order suspending respondent pending resolution of this matter and directing him to show cause why reciprocal discipline should not be imposed; respondent's response to the court's order; and the statement of Disciplinary Counsel; it appearing that respondent filed an *In re Goldberg*, 460 A.2d 982 (D.C. 1983), affidavit; and it further appearing that respondent has been reinstated to the practice of law in the state of New York, it is

ORDERED that Jay B. Zucker is hereby suspended from the practice of law in the District of Columbia for a period of six months, *nunc pro tunc* to August 15, 2017. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**